COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Geovanny Francisco Laguan v. The State of Texas

Appellate case number:    01-12-00650-CR; 01-12-00651-CR

Trial court case number:  11CCR158234; 11CCR158058

Trial court:              County Court at Law No. 3 of Fort Bend County

On September 23, 2013, appellant filed a "Motion for Extension of Time to File Appellant's Brief" in each of these cases.  In his motions, appellant requests an extension of 90 days "in which to file the transcription of the court reporter's notes of appellant's trial."  We deny each motion.

The records in these cases were originally due on August 20, 2012.  The court reporter informed us on April 17, 2013 that appellant had neither requested nor paid for the reporter's record.  On April 18, 2013, the Clerk of this Court notified appellant that his appeal could be considered without a reporter's record unless he either caused the record to be filed or filed proof that he had made payment arrangements with the court reporter or was entitled to proceed without advance payment of costs by May 20, 2013.  On July 18, 2013, we informed appellant that we would consider and decide only those issues or points that do not require a reporter's record for a decision and ordered him to file his brief by August 19, 2013.

In his motion for extension of time, appellant fails to provide a reasonable explanation of the need for an extension of time to file his brief, but rather requests an additional 90 days to file the reporter's record because he "will not be able to get completed Court Reporter's record by time of filing of this notice."  *See* TEX. R. APP. P. 10.5(b).

Accordingly, we DENY appellant's motions for extension of time to file his briefs.  We further ORDER appellant to file his briefs within 15 days of the date of this order, or we will move forward and consider these appeals without briefs.[1]  *See* TEX. R. APP. P. 38.8(b)(4).

---

[1]    Appellant was convicted in trial court cause 11-CCR-158058 of the class C misdemeanor offense of operating a motor vehicle without a driver's license and in trial court cause 11-CCR-158234 of the class C misdemeanor offense of cutting across a driveway at an intersection to turn from one highway to another.  *See* TEX. PENAL CODE ANN. § 12.41(3) (West 2011); TEX. TRANSP. CODE ANN. § 521.025 (West 2013), §§ 542.301(a), (b), 542.401, 545.423(b) (West 2011).  Appellant is therefore not entitled to appointed

It is so ORDERED.


Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
                ☒ Acting individually     ☐ Acting for the Court

Date: October 2, 2013

---

counsel and is representing himself pro se. *See* TEX. CODE CRIM. PROC. ANN. art. 1.051(c) (West Supp. 2012); TEX. PENAL CODE ANN. § 12.41(3); TEX. TRANSP. CODE ANN. §§ 521.025(a), (c), 542.301(a), (b), 542.401, 545.423(b). Further, appellant has expressed that he desires to prosecute his appeal. Accordingly, we will not remand this case to the trial court for findings pursuant to rule 38.8(b). *See* TEX. R. APP. P. 2, 38.8(b).